# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REGINALD M. STAFFORD,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-2665** |
| | : | |
| **JOSH SHAPIRO,** | : | |
| **Attorney General for the** | : | |
| **State of Pennsylvania.** | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this 30th day of June, 2020, upon consideration of Reginald M. Stafford's Complaint (ECF No. 1), it is hereby **ORDERED** that:

1. Stafford's Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in my accompanying Memorandum Opinion.[1] Stafford is not granted leave to file an amended complaint in this matter as amendment would be futile.

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

---

[1] To the extent Stafford sought to raise claims which are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), any such claims are **dismissed without prejudice** and may be reasserted by Stafford in a new civil action only in the event his underlying conviction is reversed, vacated, or otherwise invalidated.